UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHAN DOUGLAS KAUFMAN,

                 Petitioner,

    v.

PATRICK GLEBE,

                 Respondent.

No. C11-5534 BHS/KLS

ORDER GRANTING MOTION TO CONSOLIDATE

Before the Court is the motion to consolidate of Petitioner Stephan Douglas Kaufman. ECF No. 2. Petitioner filed a petition for writ of habeas corpus pursuant to § 2254 on July 13, 2011. ECF No. 1. Petitioner previously filed a similar habeas petition on June 25, 2010 with this Court. Case No. C10-5445 RJB/JRC. At Petitioner's request, that proceeding was stayed and the case administratively closed while Petitioner concluded his State court proceeding. ECF No. 4 therein.

Petitioner reports that the State court proceeding has now concluded. ECF No. 2 herein. Petitioner moves to join the petition filed in Case No. C10-5445 with the petition filed herein, stating that the two proceedings involve the same subject matters and issues, with the second containing newly discovered evidence that has now been addressed and exhausted by the state courts. ECF No. 2, p. 3 herein. Petitioner filed a motion to lift stay and a similar motion to consolidate in Case No. C10-5445 (ECF Nos. 5 and 6).

Accordingly, it is **ORDERED**:

(1)    Petitioner's motion to consolidate (ECF No. 2) is **GRANTED.**

ORDER - 1

(2) This action shall be consolidated with *Stephen Douglas Kaufman v. Eldon Vail*, No. C10-5445 RJB/JRC. All future pleadings shall bear the Case No. C10-5445 RJB/JRC.

(3) The Clerk shall send copies of this Order to counsel for Petitioner and to Magistrate Judge J. Richard Creatura.

DATED this  19th  day of July, 2010.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2